*Law Library*

IN THE SUPERIOR COURT
OF GUAM

THE PEOPLE OF GUAM,                  )     CRIMINAL CASE No. CF 0008-13
                                     )
                                     )
          v.                         )     **DECISION AND ORDER**
                                     )
                                     )
JOSHUA HESUNG DO,                    )
                   Defendant.        )
                                     )
_____)

## INTRODUCTION

This matter came before the Honorable Judge Michael J. Bordallo on April 19, 2013 on Defendant's request to reduce a felony charge to a misdemeanor. The People of Guam were represented by Assistant Attorney General Sean E. Brown. The Defendant was represented by Assistant Public Defender Maria G. Fitzpatrick. Having reviewed the memoranda and papers presented, the Court now issues the following decision granting the Defendant's motion to reduce charges.

## FACTUAL HISTORY

The Defendant was indicted on two charges: 1) Aggravated Assault, as a 3rd Degree Felony and 2) Family Violence, as a 3rd Degree Felony. The charges stem from an alleged incident that occurred between the Defendant and his wife.

On March 11, 2013, the Defendant filed a motion to reduce the Domestic Violence felony to a misdemeanor. In his motion, the Defendant argues and asserts that the victim's injuries were minor and not intentionally caused, that he has no history of domestic violence and that he is amenable to treatment. In support of his argument Defendant submits a statement from the Victim asserting that her arm was not broken and her injuries were minor and caused by an

accidental fall. He also submits papers containing black and white photo copies of victim's injuries. Defendant argues that the Family Violence Act's seven-factor analysis for reducing a felony to a misdemeanor weighs in his favor.

The People filed an opposition on April 8, 2013. In it they argue that the Defendant's actions meet the elements of the crimes charged so they should not be reduced.

On April 10, 2013 Defendant filed his reply paper disputing the People's arguments that absent a showing of a broken arm or serious bodily injury the elements of the crimes alleged can be met. Defendant further reasserts his argument that he qualifies for reduction under the applicable statute.

DISCUSSION

**Motion to Reduce**

The Defendant has requested to have the second charge of the indictment, reduced to a misdemeanor. Section 30.20 of the Family Violence Act, provides the Court with a seven-factor analysis for determining whether a felony charge of Family Violence may be reduced to a misdemeanor. 9 GCA §30.20(c). The relevant statute reads:

> In determining whether any felony charge filed pursuant to this § 30.20 should be reduced to a misdemeanor, the court shall consider the following factors, among others:
> (1) The extent or seriousness of the victim's injuries;
> (2) The defendant's history of violence against the same victim whether charged or uncharged;
> (3) The use of a gun or other weapon by the defendant;
> (4) The defendant's prior criminal history;
> (5) The victim's attitude and conduct regarding the incident;
> (6) The involvement of alcohol or other substance, and the defendant's history of substance abuse as reflected in the defendant's criminal history and other sources; and
> (7) The defendant's history of and amenability to counseling.

*Id.*

Applying these factors to the instant case the Court finds that: that lack of evidence of serious injury; the Defendant's non-history of domestic violence; the non-use of a deadly weapon; and the victim's attitude in this matter merit the reduction of the Domestic Violence Charge to a misdemeanor.

## CONCLUSION

Based on the foregoing, the Defendant's motion to reduce felony charge to misdemeanor is granted. Further Proceedings are set for _Aug. 28,_ 2013 at _9:00_ _a_.m.

SO ORDERED, this _11_ day of _August_ 2013.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full, true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

AUG 2 1 2013

Glenrie J. Mendiola
Deputy Clerk, Superior Court of Guam